| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Ryan Hromyak** <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–7060 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Western District of Tennessee | |
| Case number:   26–20655 | | |

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ryan Hromyak

7/1/26

**By the court:** <u>M. Ruthie Hagan</u>
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

Official Form 318                **Order of Discharge**                page 2

United States Bankruptcy Court

Western District of Tennessee

In re:                                                                                    Case No. 26-20655-mrh

Ryan Hromyak                                                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0651-2                          User: ao1492bnc                                    Page 1 of 2

Date Rcvd: Jul 01, 2026                       Form ID: 318                                 Total Noticed: 11

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                      regulations require that automation-compatible mail display the correct ZIP.

++                    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ryan Hromyak, 240 Madison Ave, Apt 502, Memphis, TN 38103-2769 |
| 34498933 | + | Left Field Properties, 195 Madison Avenue, Suite 104, Memphis, TN 38103-2753 |

TOTAL: 2


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 34498909 | | Email/Text: bankruptcy@alliantcreditunion.com | Jul 01 2026 22:30:00 | ALLIANT CREDIT UNION, 11545 W TOUGHY AVE, CHICAGO, IL 60666 |
| 34498910 | + | EDI: MAXMSAIDV | Jul 02 2026 02:13:00 | DEPT OF ED/AIDVANTAGE, PO BOX 300001, GREENVILLE, TX 75403-3001 |
| 34498916 | + | EDI: DISCOVER | Jul 02 2026 02:13:00 | DISCOVER CARD, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 34498918 | + | Email/Text: collecadminbankruptcy@fnni.com | Jul 01 2026 22:29:00 | FNB OMAHA, PO BOX 3412, OMAHA, NE 68103 |
| 34498920 | + | EDI: JPMORGANCHASE | Jul 02 2026 02:13:00 | JPMCB CARD, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 34498926 | + | EDI: NFCU.COM | Jul 02 2026 02:16:00 | NAVY FEDERAL CR UNION, PO BOX 3700, MERRIFIELD, VA 22119-3700 |
| 34498928 | + | Email/Text: bkrgeneric@penfed.org | Jul 01 2026 22:28:00 | PENTAGON FEDERAL CR UN, 2930 EISENHOWER AVE, ALEXANDRIA, VA 22314-4557 |
| 34498931 | + | EDI: SYNC | Jul 02 2026 02:13:00 | SYNCB/MC, PO BOX 71746, PHILADELPHIA, PA 19176-1746 |
| 34498932 | + | EDI: WFCCSBK | Jul 02 2026 02:13:00 | WELLS FARGO BANK, N.A., PO BOX 40310, MESA, AZ 85274-0310 |

TOTAL: 9


# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 34498911 | *+ | DEPT OF ED/AIDVANTAGE, PO BOX 300001, GREENVILLE, TX 75403-3001 |
| 34498912 | *+ | DEPT OF ED/AIDVANTAGE, PO BOX 300001, GREENVILLE, TX 75403-3001 |
| 34498913 | *+ | DEPT OF ED/AIDVANTAGE, PO BOX 300001, GREENVILLE, TX 75403-3001 |
| 34498914 | *+ | DEPT OF ED/AIDVANTAGE, PO BOX 300001, GREENVILLE, TX 75403-3001 |
| 34498915 | *+ | DEPT OF ED/AIDVANTAGE, PO BOX 300001, GREENVILLE, TX 75403-3001 |
| 34498917 | *+ | DISCOVER CARD, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 34498919 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1601 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1626, address filed with |

District/off: 0651-2
User: ao1492bnc
Page 2 of 2

Date Rcvd: Jul 01, 2026
Form ID: 318
Total Noticed: 11

| | | |
|---|---|---|
| | | court:, FNB OMAHA, PO BOX 3412, OMAHA, NE 68103 |
| 34498921 | *+ | JPMCB CARD, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 34498922 | *+ | JPMCB CARD, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 34498923 | *+ | JPMCB CARD, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 34498924 | *+ | JPMCB CARD, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 34498925 | *+ | JPMCB CARD, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 34498927 | *+ | NAVY FEDERAL CR UNION, PO BOX 3700, MERRIFIELD, VA 22119-3700 |
| 34498929 | *+ | PENTAGON FEDERAL CR UN, 2930 EISENHOWER AVE, ALEXANDRIA, VA 22314-4557 |
| 34498930 | *+ | PENTAGON FEDERAL CR UN, 2930 EISENHOWER AVE, ALEXANDRIA, VA 22314-4557 |

TOTAL: 0 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2026
Signature:
/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Matthew Glass | bglass@bglassbankruptcylaw.com  bmg@trustesolutions.net |
| Cory Rooney | on behalf of Plaintiff First National Bank of Omaha rooneylaw@outlook.com |
| U.S. Trustee | ustpregion08.me.ecf@usdoj.gov |

TOTAL: 3